writ of review, to the Court of Appeal, Fourth Circuit, City of New Orleans. 248 So.2d 377.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

SUMMERS, J., dissents from the granting of writs.

252 So.2d 453

### George L. DOSS

v.

### AMERICAN VENTURES, INC., and Travelers Insurance Company.
### No. 51592.

Sept. 28, 1971.

In re: George L. Doss applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 248 So.2d 358.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the cases; and that counsel for plaintiff and defendant be notified.